IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KRYSTAL BLACKNELL,**

    **Plaintiff,**

v.

**WAL-MART STORES, INC.,**

    **Defendant.**                                 **Case No. 05-CV-885-DRH**

## MEMORANDUM & ORDER

**HERNDON, District Judge:**

    Before the Court is plaintiff Krystal Blacknell's ("Plaintiff") Motion for Remand (Doc. 9). Plaintiff originally filed her action in the Circuit Court of Madison County, Illinois, seeking damages for her injuries allegedly caused by defective goods purchased from Defendant's stores (Doc. 2). Attached to her Complaint, Plaintiff signed an affidavit stating the total money damages she would be seeking would not exceed $50,000.

    Defendant Wal-Mart Stores, Inc. ("Defendant") removed this action on December 19, 2005 (Doc. 1), based upon federal diversity jurisdiction, pursuant to **28 U.S.C. § 1332**. In its Notice of Removal, Defendant stated that because Plaintiff had not provided Defendant with a stipulation that she would not be seeking more than $50,000 in damages prior to the time that Defendant needed to remove the

case, Defendant was forced to assume that damages would exceed $75,000 instead (Doc. 1).[1]

However, after Plaintiff submitted an affidavit stating the amount in controversy was less than $75,000.00, the Defendant acquiesced to Plaintiff's request for remand of this case.  Therefore, the Court **GRANTS** Plaintiff's Motion to Remand (Doc. 9), and hereby **REMANDS** this case back to the Circuit Court of Madison County, Illinois.

**IT IS SO ORDERED.**

Signed this 7th day of April, 2006.

/s/        David RHerndon
**United States District Judge**

---

[1] The Court is still waiting for a Plaintiff to submit a discovery request to Defendant Wal-Mart which asks the Defendant to stipulate to pay not less than $75,000.00 regardless of the jury's verdict, which would, in the Court's opinion, be a more certain indicator of the amount in controversy.  Plaintiffs can seek from the jury seventy-five million dollars, but if the jury feels the case is worth seventy-five hundred dollars that is what it will award, thus setting the amount in controversy at a much lesser amount.  Defendant's argument in disingenuous.